**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 3, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00156-CV

---

## GEA GROUP AG, Appellant

### V.

## AMERICAN AIR LIQUIDE HOLDINGS, INC., Appellee

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2011-73496**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 13, 2012. On December 14, 2012, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.